# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SALVADOR OSEGUERA-MARTINEZ,<br>　aka "Salvador Osegura-Martinez,"<br>　aka "Salvador Osegura,"<br>　aka "Salvador Martinez,"<br>　aka "Salvador Oseguramartinez,"<br>　aka "Salvador Martinezosegura,"<br><br>　　　　　Defendant. | Case No. 2:20-cr-00162-JAD-DJA<br><br>**Order Unsealing Case** |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Salvador Oseguera-Martinez,* is unsealed.

**DATED** this 13th day of August, 2020.

　　　　　　　　　　　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　United States District Judge